FILED
June 14, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: \_\_\_\_\_SAJ\_\_\_\_\_
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CRIMINAL NO. **6:22-cr-00093** |
| Plaintiff, | * | |
| V. | * | INDICTMENT |
| (1) ANDREW OCHOA, | * | [VIO: COUNT ONE: 18 U.S.C. 924(a)(1)(A) – False Statement in Acquisition of Firearm] |
| Defendant | * | |

THE GRAND JURY CHARGES:

**COUNT ONE**
**[18 U.S.C. 924(a)(1)(A)]**

On or about April 13, 2022, in the Western District of Texas, Defendant,

**ANDREW OCHOA,**

knowingly made a false statement and representation to Sean Winkelmann, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Praco Gun and Pawn, in that the defendant did execute a Department of the Treasury, Bureau of Alcohol, Tobacco, and Firearms Form 4473, Firearms Transaction Record, representing that he/she was the actual buyer of the firearm indicated on the form, whereas in truth and in fact, the Defendant was not the actual buyer, in violation of Title 18, United States Code, Section 924(a)(1)(A).

A TRUE BILL:

████████████████████

ASHLEY C. HOFF
United States Attorney

*Stephanie Smith Burris*
By:  STEPHANIE SMITH-BURRIS
     Assistant United States Attorney